*United States District Court*

*Northern District of California*

*Jackson Family Farms, LLC v. Jerry Moore*

# EXHIBIT 2

