*United States District Court*

*Northern District of California*

*Jackson Family Farms, LLC v. Jerry Moore*

# EXHIBIT 3

From: jedd sewwry <primotrader11@yahoo.com>
Sent: Jul 03, 2024 9:35 AM
To: Dezerlee Reeves <dezerlee.reeves@jfwmail.com>
Subject: [EXTERNAL] CEASE AND DESIST

To Ms. Cornelssen:

It has recently been brought to my attention that CARDINALE WINERY and Jackson Family Wines, Inc. has been using the mark "JETT" in association with the marketing and sale of your products and services, including wine. As you should be aware, I am the owner of the trademark "JETT" registration number 4836946 for class 33 with the United States Patent and Trademark Office. Your company attempted to register "JETT" serial number 97384930, but was refused registration based upon my registered mark.

Your unauthorized use of my federally registered trademark amounts to an infringement of my trademark rights, and therefore, I respectfully request that you immediately cease and desist in any further use of "JETT" in association with the marketing, sale, distribution and/or identification of your products and services.
I hope that this issue may be amicably resolved so that we may avoid any further remedies as provided by state law and the United States Trademark Act.

Sincerely,

Jerry Moore