1 | Jerry Moore
2 | 1198 Pacific Coast Highway, Suite D- 115
  | Seal Beach, CA 90740
3 | Primotrader11@yahoo.com
  | In Pro Per
4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| PLAINTIFF'S NAME, | Case No.: 3:24-cv-06763 |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| DEFENDANT'S NAME, | |
| Defendant | |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS - 1

# [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

**IT IS HEREBY ORDERED** THAT Defendant Jerry Moore's Motion to Dismiss is GRANTED and Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____

                                                    Honorable Trina L. Thompson
                                                    United States District Court Judge