United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON FAMILY FARMS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JERRY MOORE,<br><br>　　　　　Defendant. | Case No. 24-cv-06763-TLT<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 38 |

On March 27, 2025, the Court held a further case management conference in which defense counsel Atiya Myers failed to appear. ECF 38. In addition, Defendant has yet to file a response to Plaintiff's complaint which was due fourteen (14) days after Defendant withdrew his motion to dismiss. *See* Fed. R. Civ. P. 12(a)(4)(A) (after denial of a motion to dismiss or postponement of disposition until trial, responsive pleading must be served within 14 days). Defendant's responsive pleading was due on February 17, 2025.

The Court **ORDERS** defense counsel Atiya Meyers **TO SHOW CAUSE** for failure to appear for the further case management conference. Defense counsel is ordered to file a written response by **April 10, 2025**, no more than two pages, double spaced, providing good cause reason for failure to appear. The Court **SETS** an order to show cause hearing for **April 10, 2025**, at 2 p.m. via videoconference. The Court further **ORDERS** Defendant to respond to the complaint by **April 10, 2025**.

**IT IS SO ORDERED.**

Dated: March 27, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge